# EXHIBIT C

**Case 16-2022-CA-000436-XXXX-MA**

| Department | Circuit Civil | Division | CV-D |
|---|---|---|---|
| Case Status | OPEN | File Date | 1/26/2022 12:36:08 PM |
| Judge Name | NORTON, VIRGINIA B. | Officer | |
| Private Attorney | Shamis, Andrew John | | |

### Parties

| Name / DOB / DL / ID # | Party Type / Race / Sex | Address |
|---|---|---|
| NICOLE MONTROSE | PLAINTIFF / | 14 NE 1ST AVE, STE. 705 MIAMI, FL33132 |
| FANATICS, INC. | DEFENDANT / B | 1209 ORANGE ST WILMINGTON, DE19801 |
| NICOLE MONTROSE, ON BEHALF OF ALL OTHER SIMILARY SITUATED | PLAINTIFF / | |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Shamis, Andrew John Private Attorney (101754) | 14 NE 1st Ave Ste 705 Miami, FL33132-2411 | NICOLE MONTROSE (PLAINTIFF) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 01/26/2022 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 01/26/2022 | CIR/GENERALCIVIL 7/1/2019 | $401.00 | $401.00 | $0.00 |

### Dockets

| Line / Document | Count | Effective Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 | -- | 1/26/2022 1/26/2022 | OTHER CIRCUIT CIVIL - OTHER | | |
| 2 D2 | -- | 1/26/2022 1/26/2022 | COVER SHEET | 3 | Available VOR, Ready to view |
| 3 D3 | -- | 1/26/2022 1/26/2022 | COMPLAINT (CLASS ACTION) | 12 | Available VOR, Ready to view |
| 4 D4 | -- | 1/26/2022 1/26/2022 | SUMMONS ISSUED TO FANATICS, INC. | 1 | Available VOR, Ready to view |
| 5 D5 | -- | 1/26/2022 1/26/2022 | CASE FEES PAID: $411.00 ON RECEIPT NUMBER 4073783 | 1 | Available Public access |
| 6 | -- | 1/26/2022 1/26/2022 | DEMAND FOR JURY TRIAL | | |
| 7 D7 | -- | 2/4/2022 2/7/2022 | SUMMONS RETURNED INDICATING SERVICE ON FANATICS INC ON 1/28/22 AT 10:26AM | 2 | Available Public access |

| Line / Document | Count | Effective Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 8 D8 | -- | 2/17/2022 2/17/2022 | MOTION FOR EXTENSION OF TIME (DEFT FANATICS INC'S UNOPPOSED) TO RESPOND TO COMPLAINT MODIFICATION | 3 | **Available** VOR, Ready to view |

16-2022-CA-000436-XXXX-MA Div: CV-D

Filing # 142687065 E-Filed 01/26/2022 12:36:08 PM

## IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
## IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.

| | |
|---|---|
| NICOLE MONTROSE, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | JURY TRIAL DEMANDED |
| vs. | |
| FANATICS, INC., *Defendant*. | |

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff/Certified Process Server of the State:

**YOU ARE COMMANDED** to serve this summons and a copy of the Complaint, in this action on Defendant:

> Fanatics, Inc.
> c/o The Corporation Trust Company- Registered Agent
> 1209 Orange St
> Wilmington, DE 19801

Each Defendant is required to serve written defenses to the Complaint or petition on: **Andrew Shamis, Esq, Shamis & Gentile, P.A., 14 NE 1st Ave STE 705, Miami, Florida 33132**, within **twenty (20) days** after service of this summons on that Defendant, exclusive of the date of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

Dated this _____ day of Jan 26 2022 _____,

Jody Phillips
As Clerk of the Court

By: Christine Kent
As Deputy Clerk

Filing # 142687065 E-Filed 01/26/2022 12:36:08 PM

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.   CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>FOURTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>DUVAL</u>   COUNTY, FLORIDA

<u>Nicole Montrose</u>
Plaintiff

Case # _____
Judge  _____

vs.
<u>Fanatics, Inc.</u>
Defendant

### II.   AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

### III.   TYPE OF CASE   (If the case fits more than one type of case,  select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
　　☐ Residential Evictions
　　☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐  No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

　3

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☒ yes
☐ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Angelica Gentile Gentile　　　　　Fla. Bar # 102630
　　　　　　　Attorney or party　　　　　　　　　　　　　(Bar # if attorney)

Angelica Gentile Gentile　　　　　　　　01/26/2022
(type or print name)　　　　　　　Date

Filing # 144103255 E-Filed 02/17/2022 10:48:30 AM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

NICOLE MONTROSE, *on behalf of
herself and all others similarly situated*,

           Plaintiff,

v.                                  CASE NO.: 2022-CA-000436

FANATICS, INC.,

           Defendant.

_____/

## DEFENDANT FANATICS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, Fanatics, Inc ("Fanatics"), hereby moves for an unopposed thirty (30) day extension of time to file a response to the Complaint in this matter and states:

1.    This action is styled a Class Action Complaint, and was filed on January 26, 2022. Defendant Fanatics accepts and agrees that service of the Complaint was made on January 28, 2022.

2.    This is the first extension request by Defendant, Fanatics. Fanatics and its undersigned counsel require additional time to review the Complaint, investigate its allegations and draft the appropriate response to said Complaint.

3.    Undersigned counsel for Fanatics have conferred with counsel for Plaintiff, who has NO OBJECTION to the extension and therefore this Motion is Unopposed; counsel for Fanatics has provided the attached proposed Agreed Order to Plaintiff's counsel, who agrees with the language of the Order.

4.    Based on the above good cause shown, Defendant Fanatics hereby requests an unopposed thirty (30) day extension of time within which Fanatics is to respond to the Complaint, thereby bringing the due date for a response through and including March 21, 2022.

CASE No. 2022-CA-000436

WHEREFORE, Defendants respectfully request that this Court enter an Agreed Order granting an extension of time to file a responsive pleading to the Complaint through and including March 21, 2022.

                                            Respectfully submitted,

                                            **GREENBERG TRAURIG, P.A.**
101 East College Avenue
Post Office Drawer 1838
Tallahassee, Florida 32302
Phone: (850) 222-6891
Fax: (850) 681-0207
Primary:  BielbyL@gtlaw.com
Secondary:  HoffmannM@gtlaw.com

*/s/ Lorence J. Bielby*
**Lorence J. Bielby, Esq.**
**Fla. Bar No. 0393517**

**and**

**Mark F. Bideau, Esq.**
Florida Bar No. 564044
**GREENBERG TRAURIG, P.A.**
777 S Flagler Drive, Suite 300 East
West Palm Beach FL 33401
Telephone:  (561) 650-7900
Fax:  (561) 561-6222
Primary:  BideauM@gtlaw.com
Secondary:  ThomasD@gtlaw.com

**and**

**Stephanie Peral, Esq.**
Florida Bar No. 119324
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue Suite 4400
Miami FL 33131
Telephone:  (305) 579-0500
Fax:  (305) 579-0717
Primary:  PeralS@gtlaw.com
Secondary:  CollazoE@gtlaw.com

*Counsel for Defendant*
*Fanatics, Inc.*

2

CASE No. 2022-CA-000436

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of February, 2022, a true and correct copy of the foregoing was filed electronically with the **Clerk of the Court** using the Florida Courts eFiling Portal, which will send notice of electronic filing to the following:

Andrew J. Shamis, Esq.
Florida Bar No. 101754
Edwin E. Elliott, Esq.
Florida Bar No. 1024900
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
(t) (305) 479-2299
ashamis@shamisgentile.com
edwine@shamisgentile.com

**and**

Jeffrey D. Kaliel
Sophia Goren Gold
**KALIELGOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Tel: (202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielgold.com

*Counsel for Plaintiff and Proposed Class*

*s/ Lorence J. Bielby*
LORENCE J. BIELBY

ADMIN 62714165v1

3

Greenberg Traurig, P.A. ■ 101 E. College Avenue ■ Tallahassee, Florida 32301 ■ Tel 850-222-6891 ■ Fax 850-521-1379 ■ www.gtlaw.com

Filing # 144611677 E-Filed 02/25/2022 10:55:31 AM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

NICOLE MONTROSE, *on behalf of
herself and all others similarly situated*,

           Plaintiff,

v.                                 CASE NO.: 2022-CA-000436

FANATICS, INC.,

           Defendant.
_____/

## AGREED ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

**THIS CAUSE** having come before the Court on Defendant, Fanatics, Inc., Motion for Extension of Time to Respond to Plaintiff's Complaint and the Court having reviewed the Motion and being otherwise duly advised in the premises thereof, it is:

**ORDERED AND ADJUDGED** that Defendant, Fanatics, Inc., Motion is hereby GRANTED and they shall have up and to including March 21, 2022 to file a response to Plaintiff's Complaint.

**DONE AND ORDERED** in Jacksonville, Duval County, Florida on Tuesday, February 22, 2022.

022-CA-000436-XXXX-MA 02/22/2022 12:20:02

*Virginia Bale Norton*

Virginia Norton, Judge
16-2022-CA-000436-XXXX-MA 02/22/2022 12:20:02 PM

Andrew John Shamis
14 NE 1st Ave Ste 705
Miami, FL 33132-2411

FANATICS, INC.
1209 ORANGE ST  WILMINGTON, DE 19801

Angelica Gentile Gentile
efilings@shamisgentile.com

Lorence Jon Bielby
bielbyl@gtlaw.com
Hoffmannm@gtlaw.com
FLService@gtlaw.com

ADMIN 62714211v2